IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG 2 4 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| PERSONETA, INC., ) | |
| Plaintiff, ) | Civil Action No. 05C 4877 |
| ) | |
| v. ) | The Honorable JUDGE GOTTSCHALL |
| ) | |
| PERSONA SOFTWARE, INC., ) | Magistrate Judge MAGISTRATE JUDGE KEYS |
| ) | |
| Defendant. ) | JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff, Personeta, Inc. ("Personeta"), complains against Defendant, Persona Software, Inc. ("Persona"), as follows:

### PARTIES

1. Personeta is a Delaware corporation having a principal place of business in Naperville, Illinois. Personeta is in the business of selling products and services in the field of telecommunications, including products and services relating to a telecommunication service-enabling platform for use with a variety of systems and applications, including systems for combining and roaming between fixed and mobile telecommunication systems.

2. Persona, on information and belief, is a California corporation having a principal place of business in Santa Clara, California, and offices in Raleigh, North Carolina and Tokyo, Japan. On information and belief, Persona is in the business of selling various telecommunication products and services for combining and roaming between fixed and mobile telecommunication systems. Persona's products and services are sold in competition with Personeta's products and services.

## NATURE OF ACTION, JURISDICTION AND VENUE

3. This is an action under federal and state law for trademark infringement regarding use of Defendant's PERSONA name, which is confusingly similar to Plaintiff's PERSONETA trade name, in connection with the sale of telecommunication products and services, including products and services for combining and roaming between fixed and mobile telecommunication systems.

4. This Court has jurisdiction over this action pursuant to 15 U.S.C. §1121 and pursuant to 28 U.S.C. §1332, §1338 and §1367. On information and belief, venue is proper in this District under 28 U.S.C. §1391 because Persona has committed one or more acts of infringement which subject it to personal jurisdiction in this District.

## FACTS COMMON TO ALL COUNTS

5. Plaintiff Personeta was founded in 2000. Since then, Personeta has been using the PERSONETA trade name worldwide and in the United States to promote various telecommunication products and services. Since 2000, Personeta has used the PERSONETA trade name in the United States in connection with Personeta's marketing literature, press releases, web page, stationery, trade shows, business cards, and packaging materials, and on Personeta products. Personeta has actively promoted its products and services using the PERSONETA trade name in the United States through extensive sales efforts of sales personnel as well as through sales partners, including Accenture, Nortel, Cisco Systems, Sun Microsystems and Oracle. Using the PERSONETA trade name, Personeta has made numerous sales worldwide, has made one sale in the United States, and has had its product installed on a trial basis at several customer sites in the United States. The selling cycle for its products and services, *i.e.* the typical period between initial contact and closure of sale with prospective customers, is more than one year. The above-referenced usage of the PERSONETA name has created trademark rights in the PERSONETA mark on behalf of Personeta.

6. Personeta is in a critical start up period wherein it is starting to gain traction in the U.S. telecomunications market. Personeta is in the middle of the selling cycle with numerous prospective customers in the United States. Customer recognition of the PERSONETA trade name is critical to Personeta's commercial success with current prospective customers, and is critical to future sales and growth of the company. After five years of effort, Personeta has established, and is further establishing, substantial goodwill and valuable trademark rights associated with its PERSONETA tradename.

7. Defendant Persona was formerly known as Longboard, Inc. for years. On June 1, 2005, it announced that it changed its name to Persona Software, Inc. This was done without the consent of Personeta. On information and belief, Persona changed its name with knowledge of the PERSONETA trade name and to trade on the goodwill associated with Plaintiff's PERSONETA trade name. Persona is now using the PERSONA name in its trade name and in its product and service brands, including Persona OnePhone, Persona InstantConnect, Persona InstantConference, Persona MyMail, Persona MobileOffice, Persona RemoteOffice, Persona Hosted Business Services and Personal Mobility. Persona is using the PERSONA name to sell products and services in the same telecommunication market in which Personeta sells its products and services and to sell to the same customers to whom Personeta is selling or attempting to sell.

8. Persona's use of the PERSONA name is causing confusion in the marketplace, and is likely to cause confusion in the marketplace, regarding the source, origin and/or affiliation of Persona's products and services and/or Personeta's products and services.

9. All the foregoing acts of Persona have caused, and unless restrained by this Court, will continue to cause, serious and irreparable injury, including, but not limited to, loss of

3

competitive advantage, loss of business reputation and goodwill, loss of sales and profits, and other losses, for which Personeta has no adequate remedy at law.

## COUNT I
## FALSE DESIGNATION OF ORIGIN UNDER LANHAM ACT

10. Personeta incorporates by reference herein paragraph nos. 1-9.

11. The foregoing acts of Persona constitute willful false designation of origin and violation of the Lanham Act, 15 U.S.C. §1125(a).

## COUNT II
## COMMON LAW UNFAIR COMPETITION

12. Personeta incorporates herein by reference herein paragraph nos. 1-11.

13. The foregoing acts of Persona constitute willful trademark infringement and unfair competition in violation of the common law of Illinois and/or other States.

## COUNT III
## CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES ACT

14. Personeta incorporates herein by reference herein paragraph nos. 1-13.

15. The foregoing acts of Persona constitute willful trademark infringement and unfair competition in violation of the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/2.

## COUNT IV
## UNIFORM DECEPTIVE TRADE PRACTICES ACT

16. Personeta incorporates herein by reference herein paragraph nos. 1-15.

17. The foregoing acts of Persona constitute willful trademark infringement and unfair competition in violation of the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510/2.

### PRAYER FOR RELIEF

WHEREFORE, Personeta prays for the following relief:

4

1) A preliminary injunction and a permanent injunction ordering that Persona, and any of its principals, officers, directors, shareholders, owners, affiliates and subsidiaries, and all others acting in concert or participation with Persona, shall not use, directly or indirectly, the PERSONA name, or any other name that is confusingly similar to the PERSONETA trade name;

2) An award of damages, including prejudgment interest, sustained by Personeta as a result of the wrongful acts of Persona;

3) An increase and/or trebling of damages pursuant to 15 U.S.C. §1117, or any other applicable statutory or common law basis;

4) An accounting of any and all profits derived from the wrongful acts of Persona;

5) An award of costs and attorney's fees pursuant to 15 U.S.C. §1117, 815 ILCS 505/10a, 815 ILCS 510/3, or any other statutory or common law basis; and

6) Such other and further relief as the Court may deem just and proper.

**PLAINTIFF DEMANDS TRIAL BY JURY**

Respectfully submitted,

Personeta, Inc.

Date: August 24, 2005

Karl R. Fink, Esq.
Joseph T. Nabor, Esq.
Tara M. Reedy, Esq.
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: (312) 577-7000
Facsimile: (312) 577-7007

*Attorneys for Plaintiff*