# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 4877 | **DATE** | 12/21/2005 |
| **CASE TITLE** | Personeta, Inc. vs. Persona Software, Inc. | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order. Plaintiff's motion for preliminary injunction [11] is granted. A hearing is set for Thursday, December 22, 2005 at 10:00 AM to set the terms of the injunctive order and to set the bond requirement.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | rj/jck |
|---|---|---|