IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PERSONETA, INC., ) | |
| ) | Civil Action No. 05 CV 4877 |
| Plaintiff, ) | |
| ) | The Honorable Joan B. Gottschall |
| v. ) | |
| ) | Magistrate Judge Arlander Keyes |
| PERSONA SOFTWARE, INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATED ORDER OF DISMISSAL

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff, PERSONETA, INC., and Defendant, PERSONA SOFTWARE, INC., hereby stipulate that the above action shall be dismissed, with prejudice, subject to the approval of the Court, in view of a private Settlement Agreement and Release. The parties further stipulate that each party shall bear its own costs and attorneys' fees, and that this Court shall retain jurisdiction over this matter for the purpose of enforcing the provisions of the Settlement Agreement and Release.

**SO STIPULATED:**

Date: March 3, 2006

_Christine A. Abuel_

Karl R. Fink, Esq.
Joseph T. Nabor, Esq.
Christine A. Abuel, Esq.
Tara M. Reedy, Esq.
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: 312-577-7000
Facsimile: 312-577-7007

*Attorneys for Plaintiff, Personeta, Inc.*

Date: March 3, 2006

_____

Patrick J. Arnold, Jr., Esq.
Wilhelm L. Rao, Esq.
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, Illinois 606661
Telephone: 312-775-8000
Facsimile: 312-775-8100

Robert J. Yorio, Esq.
Jason T. Anderson, Esq.
CARR & FERRELL, LLP
2200 Geng Road
Palo Alto, California 94303
Telephone: 650-812-3400
Facsimile: 650-812-3444

*Attorneys for Defendant, Persona Software, Inc.*

{00172598v1}

**SO ORDERED:**

Dated: _March 6_, 2006    _____
Honorable Joan B. Gottschall
United States District Court Judge